**Electronically Filed
Supreme Court
SCWC-18-0000386
01-AUG-2024
11:14 AM
Dkt. 35 ODAC**

SCWC-18-0000386

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

KUKUNA TIDES, LLC,
Respondent/Plaintiff-Appellee,

vs.

JON S. VAN CLEAVE; JVC PARTNERS-II,
A LIMITED LIABILITY PARTNERSHIP,
Petitioners/Defendants-Appellants,

and

LISA ANNE RACITI; JAY MARTINEZ; ALLIANCE BANCORP; BANK ONE
NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING
AGREEMENT DATED AS OF NOVEMBER 1, 2002 FOR SACO 1 TRUST 2002-1
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-1,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000386; CASE NO. 5CC131000278)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.;
Circuit Judge DeWeese, in place of Ginoza, J., recused, and
Circuit Judge Wong, in place of Devens, J., recused)

Petitioners/Defendants-Appellants Jon S. Van Cleave and JVC

Partners-II, A Limited Liability Partnership's Application for

Writ of Certiorari filed on June 5, 2024, is rejected.

DATED:  Honolulu, Hawai'i, August 1, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins



/s/ Wendy M. DeWeese

/s/ Paul B.K. Wong